FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**   05 MAR -1  PM 4: 04

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

**UNITED STATES OF AMERICA,**

    **Appellee,**

v.                       **Case No.: 2:04-cr-74-FtM-29SPC**

**JOSETHE DONNA MARIE BLACKWOOD,**

    **Appellant.**
_____/

## MOTION FOR VOLUNTARY DISMISSAL

Appellant, JOSETHE DONNA MARIE BLACKWOOD, by and through him undersigned attorney, moves this Honorable Court, pursuant to F.R.A.P. Rule 42(b), to enter an Order of Dismissal with prejudice in the above-styled case. As grounds in support thereof, Appellant states the following:

1. On February 11, 2005, Appellant filed a Notice of Appeal in the above-styled case.

2. Upon reflection, the Appellant does not wish to appeal this conviction.

3. No costs or fees are applicable since Appellant is indigent.

4. Appellant is currently incarcerated in the Lee County Jail Core Facility, Fort Myers

WHEREFORE, Appellant, Josethe Donna Marie Blackwood., moves this Honorable Court to enter an Order of Dismissal in the above-styled case.

Respectfully submitted,

R. FLETCHER PEACOCK
FEDERAL PUBLIC DEFENDER

_____
Russell K. Rosenthal
Florida Bar No. 0319244
Assistant Federal Public Defender
2110 First Street
Room 2-146
Fort Myers, Fl 33901
Telephone: 239 461-2020
Fax: 239 461-2025
Counsel for Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st of March, 2005, a true copy of the foregoing was served by Hand Delivery to Jesus Casas Assistant United States Attorney, 2110 First Street, Fort Myers, Florida and Josethe Donna Marie Blackwood, Core Facility, 2501 Ortiz Avenue, Fort Myers, Florida 33905.

_____
Russell K. Rosenthal
Assistant Federal Public Defender