IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

2:04cr74 Ftm 29 SPC

No. 05-11075-G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 7 2005
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSETHE DONNA MARIE BLACKWOOD,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: TJOFLAT and DUBINA, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal with prejudice is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia

2005 APR 11 AM 11:36
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA